# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RESMED CORP, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:23-cv-02221-BMB |
| | ) | |
| v. | ) | Honorable Bridget Meehan Brennan |
| | ) | |
| CLEVELAND MEDICAL DEVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE FOR JOSHUA A. FRIEDMAN ON BEHALF OF DEFENDANT

**PLEASE TAKE NOTICE** that Joshua A. Friedman of Calfee, Halter & Griswold, LLP, The Calfee Building, 1405 East Sixth Street, Cleveland, Ohio 44114, telephone: (216) 622-8200, facsimile: (216) 241-0816, email: jfriedman@calfee.com enters his appearance as additional counsel for Defendant Cleveland Medical Devices, Inc. Lisa Kobialka of Kramer Levin Naftalis & Frankel LLP, whose admission pro hac vice is forthcoming, remains as counsel for Defendant Cleveland Medical Devices, Inc.

Dated: November 17, 2023                    Respectfully submitted,

                                                 */s/ Joshua A. Friedman*
                                                 Joshua A. Friedman (Ohio Bar No. 0091049)
                                                 jfriedman@calfee.com
                                                 Calfee, Halter & Griswold LLP
                                                 The Calfee Building
                                                 1405 East Sixth Street
                                                 Cleveland, Ohio 44114-1607
                                                 Phone: (216) 622-8634

                                                 Paul J. Andre (*pro hac vice* to be filed)
                                                 Lisa Kobialka (*pro hac vice* to be filed)
                                                 James Hannah (*pro hac vice* to be filed)
                                                 KRAMER LEVIN NAFTALIS

& FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

*Attorneys for Defendant*
Cleveland Medical Devices, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on November 17, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

                                            */s/ Joshua A. Friedman*
                                            *One of the Attorneys for Defendant*